UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.A. INSURANCE AGENCY
FRANCHISING, LLC,

    Plaintiff,

v.

                            Case No. 2:14-cv-14432
                            Magistrate Judge David R. Grand

CLAUDIA MONTES, *et al.*,

    Defendants.
_____/

## ORDER CONTINUING THE COURT'S JULY 21, 2015 SETTLEMENT CONFERENCE

This matter came before the Undersigned for a settlement conference on July 21, 2015. Fateh Alchy and Ara Nishanian, employees of L.A. Insurance Agency Franchising, LLC, attended with counsel on behalf of Plaintiff. Attorney Charles Rainey appeared on behalf of Defendants, indicating that his client was available by telephone. The parties discussed settlement and stipulated on the record, to the following points, which are hereby adopted as the Order of this Court:

1. Defendants are to produce the following to Plaintiff **ON OR BEFORE JULY 28, 2015**:

    a. Twelve months of commission statements/reports for all insurance carriers that Defendants have done business with and any other entity or person that Claudia Montes has done or is doing business with as an insurance agency.

    b. 1099s which were received from each individual insurance carrier with which Defendants have done business and any other entity or person with whom or which Claudia Montes has done or is doing business as an insurance agent.

    c. The most recent tax returns filed for all Defendants

2. The parties agree to move forward with the entry of a scheduling order in this case. With Judge Grand's approval, the parties agree to an eight-month discovery period.

3. The Court will withhold its ruling and refrain from issuing any order or report and recommendation on costs and sanctions for Defendant Claudia Montes' failure to physically appear at the July 21, 2015 settlement conference, as was required by the Court's June 16, 2015 Notice to Appear (DE 32) and Judge Patti's Practice Guidelines. The Court will take the issue under advisement until the completion of the settlement conference.

4. If the case is not resolved by August 18, 2015, the parties will appear on August 18, 2015 at 10:00 a.m. for a continuation of the settlement conference. All required participants, including Claudia Montes, must be <u>physically present</u> at the settlement conference in the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit MI 48226. The conference <u>must be attended by an authorized representative of each party with full settlement authority, together with lead trial counsel for each party</u>. Telephonic participation or appearance will not be permitted. **Failure to produce the appropriate person(s) at the conference may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or sanctions against the non-complying party and/or counsel**.

    **IT IS SO ORDERED.**

Dated: July 21, 2015                    s/Anthony P. Patti
                                            Anthony P. Patti
                                            UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 21, 2015, electronically and/or by U.S. Mail.

                                              s/Michael Williams
                                              Case Manager for the
                                              Honorable Anthony P. Patti